IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| v. | CRIMINAL NO. 26-252(ADC) |
| SALIM AKHATOV,<br>Defendant | VIOLATION:<br>8 U.S.C. § 1326(a)<br>(ONE COUNT) |

THE GRAND JURY CHARGES:

COUNT ONE
Re-entry of Removed Alien
(Title 8, United States Code, Section 1326(a))

On or about June 6, 2026, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

SALIM AKHATOV,

who is an alien, as the term is defined in Title 8, United States Code, Section 1101(a)(3), and who has been previously removed from the United States, was found attempting to enter the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, United States Code, Section 1326(a).

W. STEPHEN MULDROW
United States Attorney

TRUE BILL

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

_____
Foreperson
Dated: June 11, 2026

_____
Cody A. McKinney
Special Assistant United States Attorney